ACCEPTED
03-15-00325-CV
6397795
THIRD COURT OF APPEALS
AUSTIN, TEXAS
8/7/2015 9:32:12 AM
JEFFREY D. KYLE
CLERK

No. 03-15-00325-CV

_____

IN THE COURT OF APPEALS
FOR THE THIRD DISTRICT OF TEXAS
AT AUSTIN

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
8/7/2015 9:32:12 AM
JEFFREY D. KYLE
Clerk

_____

**TEXAS HEALTH AND HUMAN SERVICES COMMISSION**
*Appellant*,

**v.**

**JESSICA LUKEFAHR**
*Appellee*.

_____

On Appeal from the 345th Judicial District Court
Of Travis County, Texas
Cause No. D-1-GN-14-002158

_____

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE
APPELLANT'S BRIEF**

_____

KEN PAXTON
Attorney General of Texas

CHARLES E. ROY
First Assistant Attorney General

JAMES E. DAVIS
Deputy Attorney General for Civil
Litigation

DAVID A. TALBOT, JR.
Chief, Administrative Law Division

KARA HOLSINGER
Assistant Attorney General
State Bar No. 24065444
OFFICE OF THE ATTORNEY GENERAL
OF TEXAS
Administrative Law Division
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
Telephone:  (512) 475-4203
Facsimile:   (512) 320-0167
kara.holsinger@texasattorneygeneral.gov

COUNSEL FOR APPELLANT

Appellant, the Texas Health and Human Service Commission ("HHSC"), respectfully asks this Court for an extension of time to file Appellant's Brief pursuant to Texas Rules of Appellate Procedure 10.5(b) and 38.6(d). HHSC's brief is due August 13, 2015. HHSC respectfully requests an additional twenty-nine days in which to file its brief, making the brief due to be filed on or before September 11, 2015. This is HHSC's first request for an extension. Appellee is unopposed to this request.

HHSC respectfully requests an extension of time due to active litigation in the Travis County district court that has required the undersigned counsel's attention over the past thirty days. In *Ovation Lending, L.L.C, et. al. v. Finance Commission of Texas, et. al.* in Cause No. D-1-GN-15-002641, counsel prepared for and defended a request for a temporary restraining order and is currently preparing a motion for summary judgment that is due on August 13th. Counsel also prepared for and participated in hearings on pleas to the jurisdiction in *Ovation Lending, L.L.C, et. al. v. Finance Commission of Texas, et. al.* in Cause No. D-1-GN-15-000886 and *Leala S. Mann v. The Employees Retirement System of Texas, et. al.* Cause No. D-1-GN-14-004724 Additionally, counsel has filed four answers in district court cases, and is currently assisting a client agency in preparing for board meetings scheduled for August 13-14th. HHSC accordingly seeks an extension of time in which to prepare and file Appellant's Brief.

This request is not made for purposes of delay, but to allow the undersigned counsel time to properly prepare Appellant's Brief, and so that justice can be done.

For the above reasons, HHSC respectfully requests that the Court grant this unopposed motion and extend the deadline for filing HHSC's brief up to and including September 11, 2015.

Respectfully submitted,

KEN PAXTON
Attorney General of Texas

CHARLES E. ROY
First Assistant Attorney General

JAMES E. DAVIS
Deputy Attorney General for Civil Litigation

DAVID A. TALBOT, JR.
Chief, Administrative Law Division

*/s/ Kara Holsinger*
KARA HOLSINGER
Assistant Attorney General
State Bar No. 24065444
Office of the Attorney General of Texas
Administrative Law Division
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
Telephone: (512) 475-4203
Facsimile: (512) 320-0167
kara.holsinger@texasattorneygeneral.gov

COUNSEL FOR APPELLANT

**CERTIFICATE OF CONFERENCE**

The undersigned counsel for Appellant certifies that she has conferred with counsel for Appellee regarding the foregoing request for an extension of time, and has been advised that she does not object to this request.

/s/ Kara Holsinger
KARA HOLSINGER

**CERTIFICATE OF SERVICE**

A true and correct copy of the foregoing Appellant's Brief was served via e-serve and e-mail on this the 7th day of August, 2015 to the following:

Maureen O'Connell
Texas Bar No. 00795949
Southern Disability Law Center
1307 Payne Avenue
Austin, Texas 78757
Phone: 512-458-5800
Fax: 512-458-5850
moconnell458@gmail.com

*Attorney for Appellee*

/s/ Kara Holsinger
KARA HOLSINGER
Assistant Attorney General

4